UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 26 AM 9:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Case No. '08 MJ 2627 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Ricardo Martin ARAUJO,** | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |
| Defendant(s) | |

The undersigned complainant, being duly sworn, states:

On or about **August 25, 2008,** within the Southern District of California, defendant **Ricardo Martin ARAUJO** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Hector Rosendo GUILLEN-Luna, Alejandro VILLANUEVA-Camposano,** and **Leopoldo SERRANO-Rodriguez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **AUGUST, 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

DOA 8/25/08 KNH

**CONTINUATION OF COMPLAINT:**
**Ricardo Martin ARAUJO**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Hector Rosendo GUILLEN-Luna, Alejandro VILLANUEVA-Camposano,** and **Leopoldo SERRANO-Rodriguez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 25, 2008, Border Patrol Agents were working plain clothes anti-smuggling operations in the area of Japatul Valley Road and Lyons Valley Road in Jamul, California. This area is located approximately ten miles west of Tecate, California Port of Entry and eight miles north of the United States/Mexico International Boundary. This area is mountainous and remote, and is notorious for the presence of illegal aliens and alien smugglers who have circumvented the State Route 94 Border Patrol Checkpoint undetected and are attempting to further their illegal entry into the United States.

At approximately 9:30 a.m., Border Patrol Agent S. Lubin was positioned on Japatul Valley Road and Lyons Valley Road when she observed a Grey Toyota Camry and White Ford Explorer driving in tandem and turn south onto Lyons Valley Road from Japatul Valley Road. Agent Lubin relayed the vehicle description to Agent E. Penagos who was positioned further south on Lyons Valley Road.

Approximately 9:35 a.m., Agent Lubin observed the same two vehicles return to Japatul Valley Road intersection and turn left onto Japatul Valley Road heading towards Tavern Road exit. At this point, Agent Lubin suspected that the two vehicles had loaded. The area that both vehicles came out of is notorious for alien smuggling. Agent Lubin relayed her observation to other SIG Agents in the surrounding area, then proceeded to conduct surveillance on the two vehicles. Agent Lubin observed the vehicles turn left onto Carvacre Road which is also notorious for illegal aliens that stage and wait for the load vehicles. Agent Lubin continued heading westbound on Japatul Valley Road losing sight of the vehicles.

At approximately 9:40 a.m., Border Patrol Agent M. Leal relayed via bureau radio that the Toyota Camry was heading towards the I-8 exit from Tavern Road. Agent Leal proceeded to conduct surveillance on the Toyota Camry onto I-8 westbound from the Tavern Road exit. Agent Leal radioed Sector Dispatch for record checks on the Toyota Camry bearing a California license plate. Record checks came back to an owner out of Chula Vista.

Agents W. Villalobos and Penagos responded to assist with the surveillance of the Toyota Camry. Agent Leal relayed to Border Patrol Agent J. Rambo in his fully marked service vehicle that the Toyota Camry was approaching his position.

Agent Rambo observed the Toyota Camry approach his position and attempted to conduct a vehicle stop on the Toyota Camry near Los Coches and I-8 westbound. Agent Rambo activated his emergency lights and siren and Toyota Camry accelerated and began swerving from lane to lane failing to yield to Border Patrol vehicle emergency lights and sirens. Agents Leal and Villalobos observed the Toyota Camry speeding at a high rate of speed and swerving in and out of traffic attempting to evade the marked vehicle before exiting Greenfield Road exit. Agent Rambo terminated pursuit of the Toyota Camry at the Greenfield Road exit.

Agents Leal and Villalobos continued surveillance of the Toyota Camry onto Greenfield Road. The Toyota Camry was traveling at a high rate of speed through a school zone when Agents Leal and Villalobos lost sight of the vehicle momentarily. Agent Villalobos turned onto Peerless Road from Greenfield Road and found the Toyota Camry parked facing Greenfield, in front of a residence. Agent Villalobos approached the Toyota Camry, and observed the driver and the front seat passenger.

**CONTINUATION OF COMPLAINT:**
**Ricardo Martin ARAUJO**

As Agent Villalobos was exiting his vehicle, all of the occupants exited the vehicle and fled in all directions. Agent Villalobos was able to apprehend three of the subjects while the driver later identified as defendant **Ricardo Martin ARAUJO** and the front seat passenger absconded.

Agent Villalobos identified himself as a Border Patrol Agent and questioned each subject as to their citizenship. All three subjects admitted to being citizens and nationals of Mexico illegally present in the United States without any immigration documents that would allow them to enter or remain in the United States legally. At that time, Agent Villalobos placed them under arrest.

Agent Villalobos relayed via bureau radio his location and the description of the subjects that absconded from the stop.

At approximately 10:07 a.m. Agents responded to a report of two subjects that matched the description that Agent Villalobos had given.

At approximately 10:10 a.m., Agent Penagos encountered ARAUJO, walking towards Greenfield Road on the grounds of a Catholic School. The subject matched the description of the citizen report and was sweating profusely. Agent Penagos identified himself as a Border Patrol Agent and questioned the subject as to his citizenship. The subject stated that he is a United States citizen. At that time, Agent Penagos detained the subject and transported the subject to Agent Villalobos' location for further investigation.

The other three subjects identified ARAUJO as one of the individuals who ran out of the car. Agent Villalobos immediately recognized ARAUJO as the driver. Agent Villalobos searched the subject and found in ARAUJO's wallet a copy of a Naturalization Certificate and the California Certificate of Title for the Toyota Camry. At approximately 10:20 a.m., ARAUJA was placed under arrest for alien smuggling.

**MATERIAL WITNESSES STATEMENTS:**

Material witnesses **Hector Rosendo GUILLEN-Luna, Alejandro VILLANUEVA-Camposano,** and **Leopoldo SERRANO-Rodriguez** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. The material witnesses stated that they or family members were to pay between $1,200.00 to $1600.00 (USD) to be smuggled into various part of the United States. All three material witnesses were shown a photo lineup and were able to identify **Ricardo Martin ARAUJO** as the driver of the vehicle they were traveling in.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

8/26/08 0917hrs
Date/Time